**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| WESTSIDE MERCHANDISING, LLC, a California limited liability company, | Case No. 2:25-cv-07415-HDV-SK |
| *Plaintiff,* | [PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST FOR REMOTE HEARING |
| v. | District Judge:  Hon. Hernán D. Vera |
| NEVER BROKE AGAIN LLC, a Louisiana limited liability company; KENTRELL DESEAN GAULDEN AKA NBA YOUNGBOY, an individual; and DOES 1 through 10, inclusive, | Magistrate Judge: Hon. Steven Kim |
| *Defendants.* | |

**DENIED**
**BY ORDER OF**

**Hernán D. Vera**
**United States District Judge**

**On:** ____12/29/25_____

[PROPOSED] ORDER GRANTING JOINT STIPULATED
REQUEST FOR REMOTE HEARING
Case No. 8:23-cv-02415-GW-JDE

1    Having considered the parties' Joint Stipulated Request for Remote

2 Appearance, and for good cause shown, the Court grants the Request and allows

3 counsel for Defendants Never Broke Again LLC and NBA YoungBoy to appear

4 remotely at the January 8, 2026. 10:00 a.m. Hearing on Motion to Dismiss [Dkt. 17].

5

6    **IT IS SO ORDERED.**

7

8

9 Dated: _____, 2025

10

11

12    _____

    Hon. Hernán D. Vera
13    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28