Christopher S. Marchese (SBN 170239)
marchese@fr.com
**FISH & RICHARDSON P.C.**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Tel: (949) 623-7640
Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
GA Bar 104235
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Tele: (404) 892-5005
Fax: (404) 892-5002

*Additional counsel listed on signature pages*

Attorneys for Defendants NEVER BROKE AGAIN LLC
and KENTRELL DESEAN GAULDEN aka NBA YOUNGBOY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WESTSIDE MERCHANDISING, LLC, a California limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>NEVER BROKE AGAIN LLC, a Louisiana limited liability company; KENTRELL DESEAN GAULDEN AKA NBA YOUNGBOY, an individual; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No. 2:25-cv-07415-HDV-SK<br><br>**JOINT STIPULATION FOR 30-DAY STAY OF THE CASE**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Jude: Hon. Steven Kim |

1   Plaintiff Westside Merchandising ("Westside" or "Plaintiff") and Defendants
2   Never Broke Again LLC ("Never Broke Again") and NBA YoungBoy (collectively,
3   "Defendants") (all together "the parties") by and through their respective counsel,
4   hereby submit the following "Stipulation for 30-Day Stay of the Case" with reference
5   to the following facts:

   WHEREAS, The parties have reached an agreement in principle to resolve this
matter.  Therefore, the parties request a stay of 30 days to allow them to finalize the
agreement and request postponement of the January 8, 2026 hearing.

   NOW THEREFORE, IT IS HEREBY STIPULATED by and between the
parties, through their respective counsel, that:

   The parties a stay of 30 days to allow them to finalize the agreement and request
postponement of the January 8, 2026 hearing.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2026 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Aamir A. Kazi* |
| | | Aamir A. Kazi (*pro hac vice*) |
| 4 | | GA Bar 104235 |
| 5 | | kazi@fr.com |
| | | **FISH & RICHARDSON P.C.** |
| 6 | | 1180 Peachtree Street, NE, 21st Floor |
| 7 | | Atlanta, GA 30309 |
| | | Tel: (404) 892-5005 |
| 8 | | |
| 9 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 10 | | **FISH & RICHARDSON P.C.** |
| 11 | | 4695 MacArthur Court, Suite 1100 |
| | | Newport Beach, CA 92660 |
| 12 | | Tel: (949) 623-7640 |
| 13 | | |
| 14 | | Evan T. Sumner (SBN 329116) |
| | | sumner@fr.com |
| 15 | | **FISH & RICHARDSON P.C.** |
| 16 | | 12860 El Camino Real, Suite 400 |
| | | San Diego, CA 90130 |
| 17 | | Tel: (858) 67-5070 |
| 18 | | **ATTORNEYS FOR DEFENDANTS** |
| 19 | | **NEVER BROKE AGAIN LLC AND** |
| | | **KENTRELL DESEAN GAULDEN AKA** |
| 20 | | **NBA YOUNGBOY** |

Dated: January 7, 2026

KIBLER FOWLER & CAVE LLP

By: */s/ Tracy B. Rane*

John D. Fowler (SBN 271827)
jfowler@kfc.law
Tracy B. Rane (SBN 192959)
trane@kfc.law
Dominique Caamano (SBN 301810)
dcaamano@kfc.law
Zien Halwani (SBN 322040)
zhalwani@kfc.law
**KIBLER FOWLER & CAVE LLP**
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Tel: (310) 409-0400

**ATTORNEYS FOR PLAINTIFF WESTSIDE MERCHANDISING, LLC**

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Aamir A. Kazi, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

*/s/ Aamir A. Kazi*
Aamir A. Kazi